JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STEVEN C.,<br><br>           Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>           Defendant. | Case No.  5:20-CV-1450-PD<br><br>**JUDGMENT** |

It is the judgment of this Court that the decision of the Administrative Law Judge is VACATED, and the matter is REMANDED to the Social Security Administration on an open record for further proceedings consistent with the Court's Order.[1]

DATED:  October 19, 2021

*Patricia Donahue*
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name has been partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi, the current Acting Commissioner of the Social Security Administration, is hereby substituted in as the Defendant.